The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUC HOANG and TINA HOANG, husband and wife and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | Case No. 2:25-CV-00760-JNW<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY** |

This matter came before the Court on Plaintiffs Luc Hoang and Tina Hoang and Defendant Allstate Vehicle and Property Insurance Company's Stipulated Motion to Stay Litigation. The Court has reviewed the Motion and is fully apprised of the same as well as the Court file herein. Accordingly, the Court hereby ORDERS THAT:

1. The parties' Stipulated Motion to Stay is GRANTED;
2. All proceedings and discovery in this case are stayed until November 7, 2025;
3. If the claim remains unresolved, then on or before November 7, 2025, the parties will file either: (i) a stipulated motion to continue stay or (ii) a Combined Joint Status Report and Discovery Plan; and

ORDER GRANTING STIPULATED MOTION TO STAY
(2:25-CV-00760-JNW) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

4. Either party may move to lift the stay upon 30 days' notice to the opposing party.

DATED this 27th day of May, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

GORDON TILDEN THOMAS & CORDELL LLP

*s/ Kasey D. Huebner*
Kasey D. Huebner, WSBA #32890
Katherine S. Wan, WSBA #58647
600 University Street, Suite 2915
Seattle, WA 98101
Ph. 206-467-6477
khuebner@gordontilden.com
kwan@gordontilden.com
*Attorneys for Plaintiffs*

FOX ROTHSCHILD LLP

*s/ Kara A. Tredway*
Bryan J. Case, WSBA #41781
Kara A. Tredway, WSBA #44984
1001 Fourth Ave., Ste. 4400
Seattle, WA 98154
Ph. 206-624-3600
bcase@foxrothschild.com
ktredway@foxrothschild.com
*Attorneys for Defendant Allstate Property and Casualty Insurance Company*

ORDER GRANTING STIPULATED MOTION TO STAY
(2:25-CV-00760-JNW) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600